UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael S. Lucas,                                             Civil File No.  05-CV-897 PAM/RLE

            Plaintiff,

v.                                                     **ORDER OF DISMISSAL**

Hasbro, Inc. and Larami, Ltd.,

            Defendants.

---

       Based on a stipulation signed by the parties' attorneys on August 30, 2005,

       IT IS HEREBY ORDERED that the complaint in the above-entitled action is dismissed with prejudice, on the merits, and without costs or disbursements to any party.

                                             BY THE COURT:

Dated:  September   26 , 2005          s/Paul A. Magnuson
                                             PAUL A. MAGNUSON
                                             UNITED STATES DISTRICT COURT JUDGE